**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ELENA REYES,<br><br>                            Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                          Defendant. | Case No. 20-cv-1236-MMA (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 3] |

On July 1, 2020, Maria Elena Reyes ("Plaintiff") filed this social security appeal challenging the denial of her "applications for disability insurance benefits and supplemental security income" pursuant to 42 U.S.C. §§ 405(g), 1383(c). Doc. No. 1 ¶¶ 3, 6. Plaintiff moves for leave to prosecute this action in forma pauperis. *See* Doc. No. 3. All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay the requisite filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee, but only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

The Court has reviewed Plaintiff's affidavit of assets and concludes it sufficiently shows she is unable to pay the fees or post securities required to maintain this action. Plaintiff attests that she is unemployed and her only income is a monthly $69.12 child support payment and her "son's income every two weeks." Doc. No. 3 at 2. Plaintiff's affidavit and statement of assets sufficiently shows that she lacks the requisite financial resources to pay the filing fee. Thus, the Court **GRANTS** Plaintiff's motion to proceed in forma pauperis. The Court has also reviewed Plaintiff's Complaint, and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk shall issue a summons as to Plaintiff's Complaint (Doc. No. 1) upon Defendant and shall forward it to Plaintiff along with a blank U.S. Marshal Form 285. In addition, the Clerk shall provide Plaintiff with a certified copy of this Order and a certified copy of her Complaint and the summons. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285 as completely and accurately as possible, and to return it to the U.S. Marshal according to the instructions provided by the Clerk in the letter accompanying her IFP package. Upon receipt, the U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the form. All costs of service shall be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

2. Defendant shall reply to the Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a).

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the Defendant or counsel of Defendant and the date of service. Any paper received by a district judge or magistrate judge which has

not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

**IT IS SO ORDERED**.

Dated: July 23, 2020

HON. MICHAEL M. ANELLO
United States District Judge