# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA REYES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 20-cv-1236-MMA (JLB)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On July 1, 2020, Maria Elena Reyes filed this social security appeal challenging the denial of her "applications for disability insurance benefits and supplemental security income" pursuant to 42 U.S.C. §§ 405(g), 1383(c). Doc. No. 1 ¶¶ 3, 6. All matters in this social security appeal are hereby referred to United States Magistrate Judge Jill L. Burkhardt for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); CivLR 72.1.

**IT IS SO ORDERED**.

Dated: July 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge