# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br> Defendant.[1] | Case No.: 20-cv-1236-MMA (JLB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;** <br><br> [Doc. No. 27] <br><br> **GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;** <br><br> [Doc. No. 25] <br><br> **AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

On July 1, 2020, Plaintiff Maria R. ("Plaintiff") filed this social security appeal challenging the denial of her applications for disability insurance benefits and

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. No further action needs to be taken, pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Supplemental Security Income benefits. *See* Doc. No. 1.  The Court referred all matters arising in this social security appeal to United States Magistrate Judge Jill L. Burkhardt for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1.  *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. CivLR 72.1.  On August 23, 2021, Plaintiff filed a motion for summary judgment.  *See* Doc. No. 25.  On September 27, 2021, Defendant filed a response in opposition to Plaintiff's motion for summary judgment.  *See* Doc. No. 26.  Judge Burkhardt has issued a thorough and well-reasoned Report recommending that the Court grant Plaintiff's motion for summary judgment and remand the matter to the Social Security Administration for further administrative proceedings.  *See* Doc. No. 27 ("Report and Recommendation").  Neither party objected to the Report and Recommendation.  The time for filing objections has expired.

The duties of the district court in connection with a magistrate judge's report and recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  Where the parties object to a report and recommendation ("R&R"), "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1*); see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  When no objections are filed, the district court need not review the R&R de novo.  *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Upon due consideration, the Court **ADOPTS** Judge Burkhardt's Report and Recommendation, and **GRANTS** Plaintiff's motion for summary judgment.  Accordingly, the Court **REMANDS** this matter to the Social Security Administration for further administrative proceedings

consistent with this Court's Order and Judge Burkhardt's Report and Recommendation. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

     **IT IS SO ORDERED**.

Dated: September 9, 2022

HON. MICHAEL M. ANELLO
United States District Judge